869 A.2d 877

IN THE MATTER OF GEORGE J. COTZ, AN ATTORNEY AT LAW (ATTORNEY NO. 010711974).

March 24, 2005.

**O R D E R**

The Disciplinary Review Board having filed with the Court its decision in DRB 04–359, concluding that **GEORGE J. COTZ** of **MAHWAH**, who was admitted to the bar of this State in 1974, should be suspended from the practice of law for a period of six months for violating *RPC* 1.15(a) (negligent misappropriation of trust funds), *RPC* 1.15(d) (recordkeeping violations), and *RPC* 1.8(a) (conflict of interest); and good cause appearing;

It is ORDERED that **GEORGE J. COTZ** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective April 22, 2005; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that prior to reinstatement to practice, respondent shall submit proof of his fitness to practice law, as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.